## McDONOUGH v. DIRECTOR OF PATUXENT INSTITUTION

[App. No. 21, September Term, 1962.]

*Decided October 11, 1962.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated by Judge Raine in the lower court, the application of William L. McDonough for leave to appeal from the order denying him post conviction relief from his imprisonment for assault and battery is hereby denied.

*Application denied.*